UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHELLE PAYMENT,

    Plaintiff,

v.

Case No. 2:19-cv-192

HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that the decision of the Administrative Law Judge is AFFIRMED.

Dated:  August 28, 2020

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge